DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHARIF LEE AND CYPRIAN SMITH,

          Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND W. KELLY, DETECTIVE PATRICK SMITH, Shield Number 5453, POLICE OFFICER FREDERIC DAUGHTRY, Shield Number 25363, POLICE OFFICER ZAHID MEHMOOD, Shield Number 8879, POLICE OFFICER MARLON GUTHRIE, Shield Number 16947, DETECTIVE MICHAEL HARDMAN, Shield Number 7361, POLICE OFFICER MATTHEW DeGENNARO, Shield Number 6635, POLICE OFFICER PETER CUNDARI, Shield Number 2620, POLICE OFFICER MATTHEW KALIL, Shield Number 22351, DAVID BETHELMY, SHENELLE BETHELMY, JOAN C. BETHELMY, JANELL P. BETHELMY, AND JOHN/JANE DOES #'s 1-6, Individually, who were involved in the incident resulting in Plaintiffs' false arrest and/or injuries,

          Defendants.
----------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

11-CV-4839 (KAM)(RER)

  **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

  **WHEREAS,** on May 23, 2012, plaintiffs stipulated on the record that they withdraw all claims against defendant JOAN C. BETHELEMY with prejudice;

  **WHEREAS,** defendants DAVID BETHELMY, SHENELLE BETHELMY and JANELL P. BETHELMY agree to the dismissal, with prejudice, of all cross-claims brought against the City of New York, or any agency thereof, on this action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice.

Spencer A. Leeds
*Attorney for Plaintiffs*
Spencer A. Leeds, Esq.
26 Court Street, Ste 2100
Brooklyn, NY 11242

Dated May 29 2011

By: *[signature]*
Spencer A. Leeds, Esq.
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for City of New York, Kelly, Smith, Daughtry, Mehmood, Guthrie, Hardman, DeGennaro, Cundari, and Kalil*
100 Church Street, Rm. 3-168
New York, New York 10007
(212) 788-1300

Dated 6/15/12

By: *[signature]*
Joseph A. Marutollo
*Assistant Corporation Counsel*

Herbert Marek, Esq.
THE WALISEVER FIRM LLP
305 Broadway, 14th Floor
New York, NY 10007
*Attorneys for Defendants David Bethelmy, Shenelle Bethelmy, and Janell P. Bethelmy*

Dated *[signature]*
Herbert Marek, Esq.

SO ORDERED:

s/KAM

Dated: June 18, 2012

HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Brooklyn, New York

2